| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | |
| | * | COURT OF APPEALS |
| Petitioner | * | |
| | * | MARYLAND |
| | * | |
| | * | |
| W. STEPHEN PALEOS | * | Misc. Docket AG |
| | * | No. 17 |
| Respondent | * | September Term, 2017 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

The Court, having considered the Petition for Disciplinary or Remedial Action filed herein by Petitioner, Attorney Grievance Commission of Maryland and the response thereto by Respondent, it is this <u>28th</u> day of <u>July</u>, 2017,

ORDERED, by the Court of Appeals of Maryland that Respondent be, and hereby is, placed on Inactive status pending further Order of this Court.

/s/ Mary Ellen Barbera
Chief Judge